# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JOHN HARRISON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 07-J-0815-NE |
| BENCHMARK ELECTRONICS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The parties having informed the court that they have reached an amicable settlement of all claims in this case;

It is therefore **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**;

It is further **ORDERED** that this court retains jurisdiction over this cause for the purpose of enforcing the parties' settlement agreement;

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal.

**DONE and ORDERED** this the 4th day of August 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE